HANDLER, APPELLANT, *v.* MERRILL LYNCH
LIFE AGENCY, INC. ET AL., APPELLEES.

[Cite as *Handler v. Merrill Lynch Life Agency,
Inc.* (1994), 69 Ohio St.3d 1213.]

(No. 93–1310—Submitted May 17, 1994—Decided June 22, 1994.)

*Tyack, Blackmore & Liston Co., L.P.A.,* and *Thomas M. Tyack,* for appellant.
*Baker & Hostetler* and *Jean M. Frazier,* for appellees.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.